# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO GAMEZ-REYES,<br><br>Defendant. | Case No. 19-cr-1897-BAS<br><br>**JUDGMENT AND ORDER GRANTING JOINT MOTION TO DISMISS THE INDICTMENT.** |

Upon joint motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment [Dkt. No. 11] without prejudice.

**IT IS SO ORDERED.**

DATED: 8/15/19

HON. CYNTHIA A. BASHANT
United States District Judge